IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **RONALD HURD,**<br><br>　　Plaintiff,<br><br>　　v.<br><br>**NOVARTIS PHARMACEUTICALS CORPORATION,**<br><br>　　Defendant. | No. 2:20-cv-00262-CG-GBW |

**CERTIFICATE OF GOOD STANDING AND
ENTRY OF APPEARANCE FOR ROBERT E. JOHNSTON**

　　Pursuant to D.N.M. LR-Civ 83.3, Bradford C. Berge, a member of the Bar of the United States District Court for the District of New Mexico, certifies that Robert E. Johnston is a member in good standing of the District of Columbia Bar and the Bar of the States of Maryland and Montana. Robert E. Johnston hereby enters his appearance on behalf of the defendant, Novartis Pharmaceuticals Corporation.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　HOLLAND & HART LLP


　　　　　　　　　　　　　　　　　　　By: */s/ Bradford C. Berge*
　　　　　　　　　　　　　　　　　　　Bradford C. Berge
　　　　　　　　　　　　　　　　　　　Julia Broggi
　　　　　　　　　　　　　　　　　　　110 North Guadalupe, Suite 1
　　　　　　　　　　　　　　　　　　　P.O. Box 2208
　　　　　　　　　　　　　　　　　　　Santa Fe, New Mexico 87504-2208
　　　　　　　　　　　　　　　　　　　(505) 988-4421
　　　　　　　　　　　　　　　　　　　BBerge@hollandhart.com
　　　　　　　　　　　　　　　　　　　JBroggi@hollandhart.com

- and –

Robert E. Johnston, Esq.
Donald R. McMinn, Esq.
Andrew L. Reissaus, Esq.
**HOLLINGSWORTH LLP**
1350 I Street Northwest
Washington, District of Columbia 20005
(202) 898-5800
RJohnston@Hollingsworthllp.com
DMcminn@Hollingsworthllp.com
AReissaus@Hollingsworthllp.com

*Attorneys for Defendant Novartis Pharmaceuticals Corporation*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 16th day of April 2020, the foregoing was filed electronically through the CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Justin R. Kaufman<br>Rosalind B. Bienvenu<br>Caren I. Friedman<br>505 Cerrillos Road, Suite A209<br>Santa Fe, NM 87501<br>Telephone: (505) 986-0600<br>Facsimile: (505) 986-0632<br>jkaufman@dpslawgroup.com<br>rbienvenu@dpslawgroup.com<br>cfriedman@dpslawgroup.com | Raymond C. Silverman (*Pro Hac Vice pending*)<br>**PARKER WAICHMAN LLP**<br>6 Harbor Park Dr.<br>Port Washington, NY 11050<br>Telephone: (516) 466-6500<br>Facsimile: (516) 466-6665<br>rsilverman@yourlawyer.com<br><br>*Counsel for Plaintiff* |

By: ___*/s/ Bradford C. Berge*___
         Bradford C. Berge

14506217_v1