**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

RONALD HURD,

      Plaintif,

    v.

NOVARTIS PHARMACEUTICALS
CORPORATION,

      Defendant.

No. 2:20-cv-00262-JAP-GBW

**CERTIFICATE OF GOOD STANDING AND**
**ENTRY OF APPEARANCE FOR GRANT W. HOLLINGSWORTH**

Pursuant to D.N.M. LR-Civ 83.3, Julia Broggi, a member of the Bar of the United States

District Court for the District of New Mexico, certifies that Grant W. Hollingsworth is a member

in good standing of the Bar of the State Maryland, Bar No. 18638 and the District of Columbia,

Bar No. 1018101. Grant W. Hollingsworth hereby enters his appearance on behalf of the

defendant, Novartis Pharmaceuticals Corporation.

Respectfully Submitted,

**HOLLAND & HART LLP**

      */s/ Julia Broggi*

By: _____

      Bradford C. Berge
      Julia Broggi
110 North Guadalupe, Suite 1
P.O. Box 2208
Santa Fe, New Mexico 87504-2208
(505) 988-4421
BBerge@hollandhart.com
JBroggi@hollandhart.com

- and –

Grant W. Hollingsworth
Robert E. Johnston
Donald R. McMinn
Andrew L. Reissaus
**HOLLINGSWORTH LLP**
1350 I Street Northwest
Washington, District of Columbia 20005
(202) 898-5800

*Attorneys for Defendant Novartis*
*Pharmaceuticals Corporation*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 4th day of January 2021, the foregoing was filed electronically through the CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Justin R. Kaufman
Rosalind B. Bienvenu
Caren I. Friedman
505 Cerrillos Road, Suite A209
Santa Fe, NM 87501
Telephone: (505) 986-0600
Facsimile: (505) 986-0632
jkaufman@dpslawgroup.com
rbienvenu@dpslawgroup.com
cfriedman@dpslawgroup.com

Raymond C. Silverman (*Pro Hac Vice pending*)
**PARKER WAICHMAN LLP**
6 Harbor Park Dr.
Port Washington, NY 11050
Telephone: (516) 466-6500
Facsimile: (516) 466-6665
rsilverman@yourlawyer.com

*Counsel for Plaintiff*

By:    */s/ Julia Broggi*
            Julia Broggi

15970671_v1